1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC WILTON BURTON,

11          Plaintiff,                        No.  2:11-cv-2187 JAM KJN P

12      vs.

13   M. McDONALD, et al.,

14          Defendants.              ORDER

15   _____/

16          On February 8, 2013, plaintiff filed a motion to reopen this case pursuant to

17   Federal Rule of Civil Procedure 60, on the ground that the same conditions underlying his

18   original complaint continue to exist -- specifically, that environmental and cell pollutants

19   aggravate plaintiff's compromised breathing capacity and other health challenges.  (Dkt. No. 35.)

20   This civil rights action was closed, and judgment entered, on September 26, 2012.  (Dkt. Nos. 33,

21   34.)

22          Although plaintiff avers that dismissal of this case was a "mistake," he cites no

23   basis for finding that relief from judgment is warranted under any of the grounds authorized by

24   Rule 60, Federal Rules of Civil Procedure.  The undersigned finds no change in the

25   circumstances of this case that warranted its dismissal, as set forth in the magistrate judge's

26   findings and recommendations filed September 17, 2012 (Dkt. No. 31), and adopted by the

1    undersigned on September 26, 2012 (Dkt. No. 33).  Plaintiff is informed, nevertheless, that he

2    may file  a new action challenging his current conditions of confinement, provided that plaintiff

3    first exhausts his administrative remedies on the same claims.

4              For these reasons, plaintiff's motion to reopen this action (Dkt. No. 35), is denied.

5    Further documents filed in this action will be disregarded, and no further orders will issue.

6              SO ORDERED.

7    DATED:    March 18, 2013

                                    /s/ John A. Mendez
8                                   UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26