IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WILTON BURTON,

        Plaintiff,                   No.  2:11-cv-2187 JAM KJN P

    vs.

M. McDONALD, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On February 8, 2013, plaintiff filed a motion to reopen this case pursuant to Federal Rule of Civil Procedure 60, on the ground that the same conditions underlying his original complaint continue to exist -- specifically, that environmental and cell pollutants aggravate plaintiff's compromised breathing capacity and other health challenges.  (Dkt. No. 35.)  This civil rights action was closed, and judgment entered, on September 26, 2012.  (Dkt. Nos. 33, 34.)

        Although plaintiff avers that dismissal of this case was a "mistake," he cites no basis for finding that relief from judgment is warranted under any of the grounds authorized by Rule 60, Federal Rules of Civil Procedure.  The undersigned finds no change in the circumstances of this case that warranted its dismissal, as set forth in the magistrate judge's findings and recommendations filed September 17, 2012 (Dkt. No. 31), and adopted by the

undersigned on September 26, 2012 (Dkt. No. 33). Plaintiff is informed, nevertheless, that he may file a new action challenging his current conditions of confinement, provided that plaintiff first exhausts his administrative remedies on the same claims.

For these reasons, plaintiff's motion to reopen this action (Dkt. No. 35), is denied. Further documents filed in this action will be disregarded, and no further orders will issue.

SO ORDERED.

DATED: March 18, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE